transaction of business would be hazardous to its policy holders and the public.

*William A. Walling* for appellants.

*Edward R. O'Malley*, Attorney-General (*Amos H. Stephens* of counsel), for respondent.

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

HANS O. SWOBODA, Respondent, *v.* CELINE S. HOLLINS, as Executrix of FRANK C. HOLLINS, Deceased, Appellant.

*Swoboda* v. *Hollins,* 127 App. Div. 940, affirmed.
(Argued March 15, 1910; decided March 29, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for alleged breaches of contract.

*Paris S. Russell* and *John Ingle, Jr.,* for appellant.

*Lamont McLoughlin, William J. Barr, E. W. Tyler* and *Edgar A. Martin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

SHELDON VOORHEES, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Voorhees* v. *N. Y. C. & H. R. R. R. Co.,* 129 App. Div. 780, affirmed.
(Argued March 15, 1910; decided March 29, 1910.)

APPEAL from a judgment entered January 20, 1909, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's excep-

tions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant on the nonsuit granted at the Trial Term, in an action by a physician to recover for services rendered to an employee of defendant who had been injured while in the performance of his duties.

*James W. Hart* for appellant.

*Edward Harris, Jr.*, for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

CORA A. WALKER, Respondent, *v.* THE TOWN OF PITTSFIELD, Appellant.

*Walker* v. *Town of Pittsfield*, 126 App. Div. 938, affirmed.
(Argued March 28, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 23, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*H. C. Stratton* and *Harry J. Mosher* for appellant.

*Wordsworth B. Matterson* for respondent.

*Per Curiam.* The judgment should be affirmed, with costs. There was evidence with respect to the condition of this highway for several months prior to the accident, from which the jurors might find neglect on the part of the commissioner of highways in failing to keep the sluiceway at this point in good order and that such neglect caused a more serious defect in the highway in the winter following, than would have occurred otherwise. If the defect complained of could be attributable, solely, to those conditions which usually supervene in the winter season, as the result of atmospheric changes